IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
JAN - 9 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:08-CR-11-MEF |
| | ) [8 USC § 1326(a)] |
| JESUS ALONSO NOLASCO-GOMEZ | ) |
| a/k/a Jesus Alonzo Gomez-Nolasco | ) |
| a/k/a Jazier Nolasco-Cardenas | ) |
| a/k/a Jazir Nolasco-Cardenas | ) INDICTMENT |
| | ) |

The Grand Jury charges:

### COUNT 1

On or about July 31, 2007, in Coffee County, within the Middle District of Alabama,

JESUS ALONSO NOLASCO-GOMEZ,
a/k/a Jesus Alonzo Gomez-Nolasco,
a/k/a Jazier Nolasco-Cardenas,
a/k/a Jazir Nolasco-Cardenas,

defendant herein, being an alien, was found in the United States after having been excluded therefrom on or about June 20, 2006, at or near Douglas, Arizona, and after having departed the United States while an order of removal was outstanding, without obtaining the express permission of the Secretary of Homeland Security or the Attorney General to reapply for admission to the United States. All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Nathan D. Stump
Assistant United States Attorney