IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CASE NUMBER: 1:08cr11-MEF |
| ) | |
| JESUS ALONSO NOLASCO-GOMEZ ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE <u>COFFEE COUNTY JAIL</u>
           AT   <u>NEW BROCKTON, ALABAMA</u>

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
         OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of JESUS ALONSO NOLASCO-GOMEZ a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom <u>5-B</u> of said Court, in the City of <u>Montgomery, Alabama</u>, on **March 26, 2008**, at **10:30 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

   BY ORDER OF THE COURT.

   DONE this the 22th day of February, 2008.

                                             DEBRA P. HACKETT, CLERK
                                             UNITED STATES DISTRICT COURT
                                             MIDDLE DISTRICT OF ALABAMA

                                             By: _____
                                                   Deputy Clerk