IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   1:08CR11-MEF |
| | ) | |
| JESUS NOLASCO-GOMEZ | ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby re-scheduled for **March 26, 2008 at 10:30 a.m., in courtroom 5-A,** before **United States Magistrate Judge Wallace Capel, Jr.**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.   If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 25th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
U. S. MAGISTRATE JUDGE