IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:08-CR-11-MEF |
| | ) | |
| JESUS ALONSO NOLASCO-GOMEZ | ) | |

## **ORDER**

Upon consideration of the motion for Extension of Time to File Pretrial Motions (doc. # 13) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and the time for filing pretrial motions is extended to April 21, 2008.

Done this 9th day of April, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE