### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.    ) | Case No.  1:08-CR-11-MEF |
| ) | |
| **JESUS ALONSO NOLASCO-GOMEZ**    ) | |

### PRETRIAL CONFERENCE ORDER

A pretrial conference was held on April 9 2008, before the undersigned Magistrate Judge.  Present at this conference was Attorney Aylia McKee, counsel for the defendant, and Assistant United States Attorney Matthew Shepherd, counsel for the government.  As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **June 23, 2008**.   The trial of this case is set for the trial term commencing on **June 23, 2008** before **Chief United States District Judge Mark E. Fuller, at the G. W. Andrews Federal Courthouse in Dothan, Alabama** and is expected to last two (2) days for trial.

2. There are no motions currently pending

3. Proposed voir dire questions shall be filed on or before **June 16, 2008.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **June 16, 2008**.  Motions in Limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

    5. Proposed jury instructions shall be filed on or before **June 16, 2008.**

    6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **June 11, 2008.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **June 23, 2008.** The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **June 23, 2008**, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 10th day of April, 2008.

                                   /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE