IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cr-11-MEF |
| | ) | |
| JESUS ALONSO NOLASCO-GOMEZ | ) | |

# **O R D E R**

It is hereby ORDERED that a status conference is set in this case on May 8, 2008 at

2:00 p.m. by conference call arranged by counsel for the government.

DONE this the 16th  day of April, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE